TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00739-CV







Brunswick II, L.P., a Texas limited partnership and West Road Apartment, L.P., a Texas

limited partnership, Appellants


v.


Coinmach Corporation as Successor-in-Interest to Kwik Wash Laundries, Inc., Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 99-176-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING



 



 The parties assert in their joint motion to dismiss that they have settled their
differences. We grant their motion and dismiss this appeal.



 

 Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: December 19, 2002

Do Not Publish